171 So.2d 86

**Lloyd D. STOUT**

**v.**

**STATE of Alabama.**

**6 Div. 176.**

Supreme Court of Alabama.

Jan. 14, 1965.

. Lloyd D. Stout, pro se.

Richmond M. Flowers, Atty. Gen., for the State.

GOODWYN, Justice.

Petitioner, Lloyd D. Stout, has filed here an original petition for a writ of habeas corpus seeking his release from Kilby Prison. His remedy, if any, is not by filing an original petition for habeas corpus in this court. See: Ex parte Works, 275 Ala. 471, 156 So.2d 157; Ex parte Taylor, 275 Ala. 346, 155 So.2d 299; Ex parte Carmack, 275 Ala. 347, 155 So.2d 300; Ex parte Rockholt, 271 Ala. 68, 122 So.2d 162, cert. den. 364 U.S. 935, 81 S.Ct. 384, 5 L.Ed.2d 368; Ex parte Thomas, 270 Ala. 411, 118 So.2d 738, cert. den. 363 U.S. 822, 80 S.Ct. 1263, 4 L.Ed.2d 1521; Ex parte Chaney, 8 Ala. 424; Ex parte Simonton, 9 Port. 383.

The petition is due to be, and is, stricken.

Petition stricken.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.